1  Nathaniel L. Dilger (SBN 196203)
   ndilger@onellp.com
2  Jenny S. Kim (SBN 282562)
   jkim@onellp.com
3  **ONE LLP**
   4000 MacArthur Blvd.
4  East Tower, Suite 500
   Newport Beach, CA 92660
5  Telephone:   (949) 502-2870
   Facsimile:    (949) 258-5081
6
   Attorneys for Plaintiff,
7  Targus International LLC

8

9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12                  **SOUTHERN DIVISION**

13

14  TARGUS INTERNATIONAL LLC, a       Case No.  8:19-cv-00932
    Delaware limited liability company,
15                                      **NOTICE OF RELATED CASE**
              Plaintiff,                **PURSUANT TO LOCAL RULE 83-**
16                                      **1.3.1**
          v.
17
    EFORCITY CORPORATION, a
18  California corporation, and DOES 1-10,

19            Defendants.

20

21

22

23

24

25

26

27

28

---

**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1**

1    Pursuant to Local Rule 83-1.3.1, the undersigned counsel of record for

2  Plaintiff Targus International LLC ("Targus"), hereby states that Targus believes

3  that the above-captioned case is related to the following matters previously before

4  the United States District Court, Central District of California:

5      *Targus Group Int'l, Inc. v. Logitech, Inc., et al*, USDC-CDCA 8:15cv01407;

6      *Targus Group Int'l, Inc. v. Griffin Tech., Inc.*, USDC-CDCA 8:15cv01230;

7      *Targus Group Int'l, Inc. v. United States Luggage Co., d/b/a/ Solo*, USDC-

8      CDCA 8:15cv01232;

9      *Targus Group Int'l, Inc. v. World Richman Mfg., Corp.*, USDC-CDCA

10     8:14cv01851;

11     *Targus Group Int'l, Inc. v. Lifeworks Tech., Group, LLC*, USDC-CDCA

12     8:14cv01518; and,

13     *Targus Group Int'l, Inc. v. M-Edge Accessories, LLC*, USDC-CDCA

14     8:14cv01455.

15     These matters (a) call for determination of the same or substantially related or

16  similar questions of law and fact; and/or (b) for other reasons that would entail

17  substantial duplication of labor if heard by different judges.

18     These cases involve the alleged infringement of one or more of the following:

19  U.S. Patent Nos. 8,746,449 ("the '449 patent"), 8,783,458 ("the '458 patent"),

20  and/or 9,170,611 ("the '611 patent").   The matters entail substantial overlap with

21  respect to several issues, including questions of law and fact regarding infringement

22  of the '449, '458, and/or '611 patent claims, questions of law and fact regarding the

23  proper construction of these same claims, and questions of law and fact regarding

24  the validity of these same claims.

25  / / /

26  / / /

27  / / /

28  / / /

1

**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1**

1    Thus, the cases call for the determination of similar questions of law and fact.

2    There would therefore be substantial duplication of labor if the two cases were heard

3    by different judges.

4    Dated: May 16, 2019                    **ONE LLP**

5

6                                           By: /s/ Nathaniel L. Dilger
                                                Nathaniel L. Dilger
7                                               Jenny S. Kim

8
                                                Attorneys for Plaintiff,
9                                               Targus International, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1**