Nathaniel L. Dilger (SBN 196203)
ndilger@onellp.com
Jenny S. Kim (SBN 282562)
jkim@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff,
Targus International LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TARGUS INTERNATIONAL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EFORCITY CORPORATION, a California corporation, and DOES 1-10,<br><br>Defendants. | Case No. 8:19cv00932 JVS (JPRx)<br><br>**STIPULATION FOR JUDGMENT AND PERMANENT INJUNCTION**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>Hon. James V. Selna |

**STIPULATION FOR JUDGMENT AND PERMANENT INJUNCTION**

WHEREAS on May 16, 2019, Plaintiff Targus International, LLC ("Plaintiff" or "Targus") filed its Complaint against and Defendant eForCity Corp. ("Defendant" or "eForCity");

WHEREAS, the parties have compromised and settled the matters in dispute in the Complaint;

IT IS HEREBY STIPULATED by and between the parties and their respective counsel of record, and the parties request that the Court enter the accompanying proposed order:

**STIPULATED JUDGMENT AND PERMANENT INJUNCTION**

1. The parties agree and hereby stipulate that this Court has jurisdiction over the parties and the subject matter in this case and that venue is proper in this judicial district.

2. The parties agree and hereby stipulate that Targus is the owner of valid and enforceable rights in U.S. Patent Nos. 8,746,449 (the "'449 patent"); 8,783,458 (the "'458 patent"); 9,170,611 (the "'611 patent"), and 10,139,861 (the "'861 patent") (collectively, the "patents-in-suit").

3. The parties agree and hereby stipulate that eForCity is liable for infringing the patents-in-suit through its use, manufacture, sale, offer for sale, and/or importation of the accused "Rotational Cases," which term is defined to include:

- The case marketed and/or advertised by eForCity as the Insten 360 Swivel Stand Leather Case Compatible with Apple iPad Mini 1/2/3, Gray
- The case marketed and/or advertised by eForCity as the Insten 360 Swivel Stand Leather Case Compatible with Apple iPad Mini 1/2/3, Green
- The case marketed and/or advertised by eForCity as the Insten 360 Swivel Stand Leather Case Compatible with Apple iPad Mini 1/2/3, Hot Pink
- The case marketed and/or advertised by eForCity as the Insten 360 Swivel Stand Leather Case Compatible with Apple iPad Mini 1/2/3, Orange

- The case marketed and/or advertised by eForCity as the Insten 360 Swivel Stand Leather Case Compatible with Apple iPad Mini 1/2/3, Pink
- The case marketed and/or advertised by eForCity as the Insten 360 Swivel Stand Leather Case Compatible with Apple iPad Mini 1/2/3, Red
- The case marketed and/or advertised by eForCity as the Insten 360 Swivel Stand Leather Case Compatible with Apple iPad Mini 1/2/3, White
- The case marketed and/or advertised by eForCity as the Insten 1901656 360 Rotating Swivel Folio Stand Leather Case for Apple iPad Mini 1/Apple iPad Mini with Retina Display (iPad Mini 2)/Apple iPad Mini 3, Green - OEM
- The case marketed and/or advertised by eForCity as the Insten 1901776 360 Rotating Swivel Folio Stand Leather Case for Apple iPad Mini 1/Apple iPad Mini with Retina Display (iPad Mini 2)/Apple iPad Mini 3, Hot Pink - OEM
- The case marketed and/or advertised by eForCity as the Insten 2128336 Leather Universal Stand Folio Case for 7" Tablets Galaxy Tab 4 3 2 Apple iPad Mini, Baby Blue
- The case marketed and/or advertised by eForCity as the Insten 360 degree Swivel Stand PU Leather Case For 9.7" iPad Pro Black
- The case marketed and/or advertised by eForCity as the Insten 360 Rotating Slim Magnetic Leather Smart Case iPad Mini 4 - Hot Pink
- The case marketed and/or advertised by eForCity as the Insten 360 Swivel Faux Leather Case for iPad Air
- The case marketed and/or advertised by eForCity as the INSTEN 360 Swivel Rotating Stand Leather Tablet Case Cover for Samsung Galaxy Tab 4 10.1, Black

- The case marketed and/or advertised by eForCity as the INSTEN 360 Swivel Rotating Stand Leather Tablet Case Cover for Samsung Galaxy Tab 4 10.1, Navy Blue
- The case marketed and/or advertised by eForCity as the INSTEN 360 Swivel Rotating Stand Leather Tablet Case Cover for Samsung Galaxy Tab 4 10.1, Purple
- The case marketed and/or advertised by eForCity as the INSTEN 360 Swivel Rotating Stand Leather Tablet Case Cover for Samsung Galaxy Tab 4 7.0, Black
- The case marketed and/or advertised by eForCity as the INSTEN 360 Swivel Rotating Stand Leather Tablet Case Cover for Samsung Galaxy Tab 4 7.0, Navy Blue
- The case marketed and/or advertised by eForCity as the INSTEN 360 Swivel Rotating Stand Leather Tablet Case Cover for Samsung Galaxy Tab 4 7.0, Pink
- The case marketed and/or advertised by eForCity as the INSTEN 360 Swivel Rotating Stand Leather Tablet Case Cover for Samsung Galaxy Tab 4 7.0, Purple
- The case marketed and/or advertised by eForCity as the INSTEN 360 Swivel Rotating Stand Leather Tablet Case Cover for Samsung Galaxy Tab 4 7.0, Red
- The case marketed and/or advertised by eForCity as the Insten 360-Degree Swivel Case For Apple iPad 2/3/4, Black
- The case marketed and/or advertised by eForCity as the Insten 360-degree Swivel Leather Case Compatible with Apple iPad 2/iPad 3rd Gen/The new iPad/iPad with Retina display/iPad 4, Red
- The case marketed and/or advertised by eForCity as the Insten 360-degree Swivel Leather Case For Apple iPad 2/3/4, Black (+ 3.5mm Audio Cable)

- The case marketed and/or advertised by eForCity as the Insten 360-degree Swivel Leather Case For Apple iPad 2/3/4, Purple
- The case marketed and/or advertised by eForCity as the Insten 360-Degree Swivel Leather Case for Apple iPad 2/3/4, Purple (PAPPIPADLC45)
- The case marketed and/or advertised by eForCity as the Insten 360-degree Swivel Leather Case For Apple iPad Mini 2 2nd with Retina Display/3 3rd/1 1st Gen, Purple Violet
- The case marketed and/or advertised by eForCity as the Insten 360-degree Swivel Leather Case For Apple iPad Mini 3/1/2 with Retina Display, Light Blue
- The case marketed and/or advertised by eForCity as the Insten 360-Degree Swivel Leather Case for Apple iPad mini, Black (PAPPIPDMLC19)
- The case marketed and/or advertised by eForCity as the Insten 360-degree Swivel Leather Stand Case For Apple iPad Air (multiple viewing angles)
- The case marketed and/or advertised by eForCity as the INSTEN 360-degree Swivel Leather Tablet Case Cover for Apple iPad 2/3/4, Black
- The case marketed and/or advertised by eForCity as the INSTEN 360-degree Swivel Leather Tablet Case Cover for Apple iPad 2/3/4, Blue
- The case marketed and/or advertised by eForCity as the INSTEN 360-degree Swivel Leather Tablet Case Cover for Apple iPad 2/3/4, Brown
- The case marketed and/or advertised by eForCity as the INSTEN 360-degree Swivel Leather Tablet Case Cover for Apple iPad 2/3/4, Grey
- The case marketed and/or advertised by eForCity as the INSTEN 360-degree Swivel Leather Tablet Case Cover for Apple iPad 2/3/4, Pink
- The case marketed and/or advertised by eForCity as the INSTEN 360-degree Swivel Leather Tablet Case Cover for Apple iPad 2/3/4, Purple
- The case marketed and/or advertised by eForCity as the INSTEN 360-degree Swivel Leather Tablet Case Cover for Apple iPad 2/3/4, Red

- The case marketed and/or advertised by eForCity as the INSTEN 360-degree Swivel Leather Tablet Case Cover for Apple iPad 2/3/4, Yellow
- The case marketed and/or advertised by eForCity as the Insten 360-degree Swivel Stand Folio Flip Leather Case Cover For Apple iPad Mini 4 2015, Purple
- The case marketed and/or advertised by eForCity as the Insten Black 360 Leather Case for Samsung Galaxy Tab 3 7" SM-T210R
- The case marketed and/or advertised by eForCity as the Insten Black 360-degree Swivel Stand Case for Amazon Kindle Fire HD 6" - OEM
- The case marketed and/or advertised by eForCity as the INSTEN Black 360-degree Swivel Stand Leather Tablet Case Cover for Apple iPad Air
- The case marketed and/or advertised by eForCity as the Insten Purple Giraffe Ultra Slim Leather 360 Degree Rotating Stand Cover Case + 3x Protector For iPad Air 2 2nd Gen 1991250 - OEM
- The case marketed and/or advertised by eForCity as the iPad Pro 12.9 case, by Insten 360 Degree Rotating Stand Folio Leather Stand Case Cover For Apple iPad Pro 12.9", Black
- The case marketed and/or advertised by eForCity as the iPad Pro 12.9 case, by Insten 360 Degree Rotating Stand Folio Leather Stand Case Cover For Apple iPad Pro 12.9", Hot Pink
- The case marketed and/or advertised by eForCity as the iPad Pro 12.9 case, by Insten 360 Degree Rotating Stand Folio Leather Stand Case Cover For Apple iPad Pro 12.9", Navy
- The case marketed and/or advertised by eForCity as the iPad Pro 12.9 case, by Insten 360 Degree Rotating Stand Folio Leather Stand Case Cover For Apple iPad Pro 12.9", Purple

- The case marketed and/or advertised by eForCity as the iPad Pro 12.9 case, by Insten 360 Degree Rotating Stand Folio Leather Stand Case Cover For Apple iPad Pro 12.9", Red
- The case marketed and/or advertised by eForCity as the iPad Pro 12.9 case, by Insten 360 Degree Rotating Stand Folio Leather Stand Case Cover For Apple iPad Pro 12.9", White[1]
- Any case no more than colorably different than any other Rotational Case.

4.  The parties agree and hereby stipulate that pursuant to 35 U.S.C. § 283, as of the date of this stipulation, eForCity, and any of its employees, agents, representatives, subsidiaries, directors, principals, officers, successors, and assigns, and all others acting in concert or participation with eForCity who receive actual notice of this Order, shall be permanently enjoined and restrained from all importing, manufacturing, marketing, advertising, using, offering for sale, and selling of the "Rotational Cases" on behalf or for the benefit of eForCity.

5.  eForCity represents that it is a dissolved entity without assets such that payment of a royalty is not feasible. Based on eForCity's sales of the Rotational Cases occurring from May 16, 2013 until March 31, 2019, the parties agree that lump-sum royalty would be based on a 7% royalty of Net Sale Proceeds for the Rotational Cases during that time. In order to avoid the costs, uncertainly, and futility of particularly calculating and collecting a lump-sum royalty from eForCity, the parties agree that no lump-sum royalty is payable in light of this stipulation and EForCity's representation.

---

[1] The identified "360°"-type cases are typically manufactured in one or more configurations specific to the product for which they are intended to be used. These products include the iPad series (including the iPad Mini series), the Kindle series and the Galaxy series. This Stipulated Final Injunction specifically includes each such configuration.

6. eForCity is currently not making, having made, using, selling, offering for sale, or importing any Rotational Cases. However, in the event that eForCity, at some time in the future, before the expiration of the patents-in-suit, makes, has made, uses, sells, offer for sale, or imports Rotational Cases or cases no more than colorably different from the Rotational Cases, eForCity agrees that the reasonable royalty for such activities would be 7% of the Net Sales Proceeds for the such Rotational Cases during any such period. "Net Sales Proceeds" is defined as eForCity's actual wholesale gross invoice amount billed to customers for each Rotational Case, less the following deductions: (a) a standard 4% deduction from sales for returns and recalls; (b) excise, sales and other consumption taxes and custom duties, only to the extent included in the invoice price; and (c) actual stocking fees, freight, insurance and other transportation charges, only to the extent included in the invoice price. If eForCity exchanges a product for valuable consideration other than cash, including an exchange for services, "Net Sales Proceeds" shall be the fair market value of such consideration.  In the event that the Customer is an entity in which eForCity has any ownership interest or control of, then "Net Sales Proceeds" shall be the fair market value of the product sold, rented or leased, had it been sold, rented or leased to a third party in similar quantities.

7. The parties agree and hereby stipulate that this Court SHALL RETAIN JURISDICTION of this action to the extent necessary to ensure full compliance with all obligations imposed by the permanent injunction order, including the enforcement of the Stipulated Judgment and Permanent Injunction by way of contempt or otherwise. The obligations of the parties, as set forth in the Stipulated Judgment and Permanent Injunction, SHALL BE ENFORCED, if necessary, exclusively by this Court.

8. If in the future either party files suit against the other party vis-à-vis the patents-in-suit, the filing party SHALL FILE SUIT in the United States District

Court for the Central District of California and, pursuant to Local Rule 4.3.1, simultaneously file a Notice of Related Case with the Court identifying this action.

9. The parties agree and hereby stipulate that eForCity waives any appeal of the Stipulated Judgment and Permanent Injunction.

10. The parties agree and hereby stipulate that each party SHALL BEAR ITS OWN COSTS AND ITS OWN ATORNEYS' FEES.

**IT IS SO STIPULATED.**

Dated: February 9, 2021         **ONE LLP**

By: */s/ Nathaniel L. Dilger*
Nathaniel L. Dilger
Jenny S. Kim

Attorneys for Plaintiff,
Targus International, LLC

MASCHOFF BRENNAN

Dated: February 9, 2021         By: */s/ Jared J. Braithwaite*
Jared J. Braithwaite
Erynn L. Embree

Attorneys for Defendant
eForCity Corporation

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Jared J. Braithwaite, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 9, 2021

*/s/ Jared J. Braithwaite*
Jared J. Braithwaite

8
**STIPULATION FOR JUDGMENT AND PERMANENT INJUNCTION**